JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN ASHKAN PANAH,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 05-7606 RGK<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to the Order Denying Second Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied with prejudice and judgment is entered in favor of Respondent and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

The Clerk is ordered to enter this judgment.

Dated: November 14, 2013.

*Gary Klausner*

R. GARY KLAUSNER
United States District Judge