UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOOMAN ASHKAN PANAH,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>　　　Respondent. | CASE NO. CV 05-7606 RGK<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING STAY OF EXECUTION PENDING APPEAL |

　　　On November 14, 2013, the Court issued an Order Denying Second Amended Petition for Writ of Habeas Corpus. The Court issued a Certificate of Appealability on Claim 2 of the Petition. On December 6, 2013, Petitioner filed a notice of appeal from the Court's Order and an Unopposed Ex Parte Application by a State Prisoner under Sentence of Death for Stay of Execution of Death Sentence pending the outcome of the appeal.

　　　Local Rule 83-17.6(c) provides that "[i]f the petition is denied and a certificate of appealability is issued, the Court may grant a stay of execution which will continue in effect until the Court of Appeals acts upon the appeal or the order of stay." L. R. 83-17.6(c).

//

     Pursuant to Local Rule 83-17.6(c), the execution of Petitioner's sentence of death and any and all proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until the final decision of the United States Court of Appeals for the Ninth Circuit in this matter, unless otherwise ordered by the Court of Appeals.

     The Clerk of the Court shall serve a certified copy of this Order on Petitioner; Respondent Kevin Chappell, Warden, San Quentin State Prison; Ana Duarte, Deputy Attorney General of the State of California; the Clerk of the Los Angeles County Superior Court; and the District Attorney of Los Angeles County.

**IT IS SO ORDERED.**

Dated: December 10, 2013.

_____
R. GARY KLAUSNER
United States District Judge